COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 22, 2015
 No. 10-15-00108-CV
 IN THE INTEREST OF M.K., A CHILD
 
 
 From the 74[th] District Court
 McLennan County, Texas
 Trial Court No. 2013-154-3
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of Ashley Tindall and the Texas Department of Family and Protective Services and the record in this proceeding as relevant to the issues raised and finds no reversible error has been presented. This Court has also considered the Anders brief and the record as relevant to William Kent. It is the judgment of this Court that the trial court's judgment signed on March 3, 2015 is affirmed.
 It is further ordered that the Texas Department of Family and Protective Services is awarded judgment against William Kent and Ashley Tindall jointly and severally for the appellate costs that were paid, if any, by the Texas Department of Family and Protective Services; and all unpaid appellate court costs, if any, are taxed against William Kent and Ashley Tindall.
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk